DANNY L. SCHLEICH, APPELLEE, v.
BETTY J. SCHLEICH, APPELLANT.

313 N.W.2d 29

Filed November 25, 1981.   No. 44303.

Grady, Caskey & Thor for appellant.

Mark M. Sipple of Luckey, Sipple & Hansen for appellee.

Submitted without oral argument. KRIVOSHA, C.J., BOSLAUGH, McCOWN, CLINTON, BRODKEY, WHITE, and HASTINGS, JJ.

PER CURIAM.

The instant appeal involves a domestic relations matter.

The court, having reviewed the record in this case de novo, agrees with the result reached by the trial court. The judgment is affirmed.

AFFIRMED.